1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL MAGNAN,

12          Plaintiff,                    2:03-cv-1099-GEB-KJM-P

13      vs.

14   DAVID RUNNELS, et al.,

15          Defendants.            ORDER

16   _____/

17          On April 7, 2005, the Magistrate Judge assigned to this

18   case issued an order denying a motion for consolidation of this

19   action with CIV-S-03-0732 MCE GGH P.  On April 27, 2005,

20   plaintiff filed a request for reconsideration of that order.[1]

21   Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's

22   orders shall be upheld unless "clearly erroneous or contrary to

23   law."  Upon review of the entire file, the court finds that it

24   _____

25          [1]  Also, in the document filed on April 27, 2005, plaintiff
     asks, for the second time, that the court overrule the magistrate
     judge's decision to limit plaintiff's second amended complaint to
26   twenty pages.  The court will not revisit the April 4, 2005
     decision affirming the page limitation imposed by the magistrate
     judge.

1  does not appear that the magistrate judge's ruling was clearly

2  erroneous or contrary to law.

3          Accordingly, IT IS HEREBY ORDERED that plaintiff's

4  April 27, 2005 request for reconsideration is denied.

5  Dated:  October 7, 2005

6

7                          /s/ Garland E. Burrell, Jr.
                           GARLAND E. BURRELL, JR.
                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26