IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

        Plaintiff,                 No. CIV S-03-1099 GEB KJM P

      vs.

DAVID RUNNELS, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On November 17, 2005, plaintiff was granted an extension of time in which to file his third amended complaint.  Plaintiff was re-served with the order on December 21, 2005.  It is not clear from the court's docket if plaintiff received the November 17, 2005 order.  Accordingly, plaintiff will be given thirty days from the date of this order in which to file his third amended complaint.  If plaintiff fails to file his third amended complaint within thirty days, the court will recommend that this action be dismissed under Federal Rule of Civil Procedure 41(b).

        IT IS ORDERED.

DATED:  May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/pa/magn1099.ord