IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MAGNAN,

    Plaintiff,　　　　　　　　　　No. CIV S-03-1099 GEB KJM P

  vs.

DAVID L. RUNNELS, et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

        Plaintiff is a former state prisoner proceeding with an action under 28 U.S.C. § 1983. Plaintiff, through counsel, has filed a third amended complaint.

        Plaintiff asks that, because he was released from prison before the filing of his third amended complaint, this court refrain from screening that complaint under 28 U.S.C. § 1915A(a). That statute reads as follows:

> (a) Screening.–The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.

Because plaintiff's third amended complaint was filed at a time when plaintiff was not a "prisoner," the court is not required to screen plaintiff's complaint under § 1915A(a).

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. Plaintiff's July 5, 2006 "motion to bypass prisoner case screening" is granted; and

4   2. The Clerk of the Court is directed to issue summonses for the defendants and forward them to plaintiff's counsel.

DATED:  August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

magn1099.scn