IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MAGNAN,

        Plaintiff,                    No. CIV S-03-1099 GEB KJM P

    vs.

DAVID L. RUNNELS, et al.,

        Defendants.            <u>FINDINGS AND RECOMMENDATION</u>

       Plaintiff filed his third amended complaint on June 1, 2006. On August 3, 2006, the court issued a summons for defendant Gillette. Defendant Gillette still has not been served with process. Therefore, IT IS HEREBY RECOMMENDED that defendant Gillette be dismissed from this action under Federal Rule of Civil Procedure 4(m).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised

/////

1

1  that failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED:  August 16, 2007.

4  _____
   U.S. MAGISTRATE JUDGE

5

6  1
   magn1099.frs