IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MAGNAN,

        Plaintiff,                    No. CIV S-03-1099 GEB KJM P

   vs.

DAVID L. RUNNELS, et al.,

        Defendants.         <u>SCHEDULING ORDER</u>

_____/

        Good cause appearing, pursuant to Fed. R. Civ. P. 16(b), THIS COURT ORDERS AS FOLLOWS:

        1. The parties may conduct discovery until December 14, 2007. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date. All responses to discovery requests shall be served within 45 days of service of the discovery request.

        2. All pretrial motions, except motions to compel discovery, shall be filed on or before February 8, 2008. Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure, and motions pursuant to Local Rule 11-110 shall

1  be briefed pursuant to Local Rule 78-230(m).  Failure to oppose such a motion timely may be
2  deemed a waiver of opposition to the motion.  Opposition to all other motions need be filed only
3  as directed by the court.
4         3. Plaintiff shall file and serve his pretrial statement by May 1, 2008.  Defendants
5  shall file their pretrial statement on or before May 16, 2008.  The parties are advised that failure
6  to file a pretrial statement may result in the imposition of sanctions, including dismissal of this
7  action.
8         4. Pretrial conference is set in this case for May 23, 2008, at 10:00 a.m. before
9  the undersigned.
10        5. This matter is set for jury trial before the Honorable Garland E. Burrell on July
11  8, 2008, at 9:00 a.m. in Courtroom 10.
12  DATED:  August 22, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
magn1099.41kjm