IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MAGNAN,

       Plaintiff,                    No. CIV S-03-1099 GEB KJM P

    vs.

DAVID L. RUNNELS, et al.,

       Defendant.             <u>ORDER</u>

_____/

       GOOD CAUSE APPEARING, the court hereby vacates its Findings and Recommendations of August 17, 2007, and grants plaintiff an additional 60 days to serve A. Gillette. If a proof of service has not been filed on or before November 5, 2007, the Third Amended Complaint against defendant A. Gillette will be dismissed.

DATED: September 14, 2007.

_____
U.S. MAGISTRATE JUDGE