Catherine Campbell  SBN 65103
P.O. Box 4470
FRESNO, CALIFORNIA 93728
TEL. 559.498.8140
cathsoup@comcast.net

Jeff Price  SBN 165534
1335 4TH STREET
SANTA MONICA, CALIFORNIA 90401
TEL. 310.776.8650
FAX 310.728.1705
jeff.price@mac.com

ATTORNEYS FOR PLAINTIFF

EDMUND G. BROWN JR., Attorney General
of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
JOHN W. RICHES II, State Bar No. 206223
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-5915
Fax: (916) 324-5205
Attorneys for Defendants Wright, Delgado, Runnels, Briddle, Baughman, Nolan, Rohlfing, Evans, and Gillett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL P. MAGNAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID RUNNELS, et al.,<br><br>　　　　Defendants. | **No. CIV S-03-1099-GEB-KJM-P**<br><br>**STIPULATION FOR MODIFICATION OF THE SCHEDULING ORDER**; ORDER |

Counsel for Plaintiff and counsel for Defendants have engaged in discovery and have met and discussed the posture of the case, and counsel agree that there is good cause and that it would be in the interests of justice and judicial economy for a modification of the scheduling order.

1

Stipulation for Modification of the Scheduling Order

IT IS STIPULATED by and between the parties:

    1.    That the deadline for amending the complaint, adding parties or claims be extended to February 7, 2008;

    2.    That the deadline for designating expert witnesses be extended to April 11, 2008;

    3.    That the discovery cutoff be extended to May 9, 2008;

    4.    That the dispositive motion deadline be extended to July 11, 2008;

    5.    That the Pretrial Conference be held on October 10, 2008; and

    6.    That the jury trial shall be set for December 9, 2008, at 9:00 a.m. in Courtroom 10 before Judge Garland E. Burrell, Jr.

DATED:     This ___9th___ day of November, 2007

By:     /s/
       Jeff Price, Attorney for Plaintiff

By:     /s/
       John W. Riches II, Deputy Attorney General
       Attorney for Defendants Wright, Delgado, Runnels,
       Briddle, Baughman, Nolan, Rohlfing, Evans, and Gillett

Counsel are reminded that if at any time they wish to jointly request referral to the court's Voluntary Dispute Resolution Program or a settlement conference with a judge of the court, they should notify the undersigned.

IT IS SO ORDERED.

DATED: November 20, 2007.

_____
U.S. MAGISTRATE JUDGE

2

Stipulation for Modification of the Scheduling Order