MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone:  (916) 442-6155
Facsimile:  (916) 444-5921

Attorneys for Defendant
K. BAUGHMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL MAGNAN, | ) | No. 2:03-CV-01099-GBB-KJM |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF ATTORNEY** |
| | ) | **AND ORDER** |
| DAVID L. RUNNELS, et al. | ) | |
| Defendants. | ) | |

    Defendant K. Baughman hereby substitutes Mark H. Harris of the Law Offices of Mark H. Harris as attorney of record for Defendant K. Baughman in the above-entitled action in the place and stead of John W. Riches II, Deputy Attorney General.

    The new address of record is Law Offices of Mark H. Harris, 2207 J Street, Sacramento, California 95816; Telephone: (916) 442-6155; Facsimile: (916) 444-5921.

Dated: May 27, 2008              /s/ K. Baughman
                                                              K. BAUGHMAN

/////

/////

1 | The undersigned consents to the above substitution of attorneys.

2

3 | Dated: May 19, 2008               CALIFORNIA ATTORNEY GENERAL

4

5 | By:  /s/ John W. Riches II
       JOHN W. RICHES II,
       Deputy Attorney General

6

7 | The undersigned accepts the above substitution.

8

9 | Dated: May 19, 2008               LAW OFFICES OF MARK H. HARRIS

10

11 | By:  /s/ Mark H. Harris
        MARK H. HARRIS

12 | **IT IS SO ORDERED:**

13 | Dated:  June 5, 2008.

14 | _____
     U.S. MAGISTRATE JUDGE

**SUBSTITUTION OF ATTORNEY AND ORDER**