CATHERINE CAMPBELL, 65103
PO Box 4470
Fresno, CA 93744
(559) 498.8140 tel
(559) 221.0268 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MAGNAN,

    Plaintiff,

vs.

DAVID RUNNELS, et al.,

    Defendants.
_____/

No. CIV S-03-1099 GEB KJM P

ORDER GRANTING WITHDRAWAL OF COUNSEL

  Catherine Campbell is hereby relieved as plaintiff's counsel. Mr. Magnan will continue to be represented in this matter by:

JEFF PRICE
Bar No. 165534
1335 4th St
Santa Monica, CA 90401
310.776.8650 X 11
310.728.1705 fax

Dated: June 5, 2008.

_____
U.S. MAGISTRATE JUDGE

1