VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant Captain Jeff Briddle

# UNITED STATES DISTRICT COURT  EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| PAUL P. MAGNAN ) | **CASE NO. 2:03-CV-01099-GEB-KJM P** |
| Plaintiff ) | **STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |
| v. ) | |
| DAVID RUNNELS, ET AL. ) | |
| Defendants. ) | |

Defendant Briddle, by and through his attorneys of record, Van Longyear and Jennifer Marquez of LONGYEAR, O'DEA & LAVRA LLP, defendants Rohlfing and Gillette, by and through their attorney of record, Shanan L. Hewitt of MORENO & RIVERA LLP, defendants Runnels and Evans, by and through their attorney of record, Kathleen Williams of WILLIAMS & ASSOCIATES, defendant Knight (Voros), by and through his/her attorney of record, Carrie A. Frederickson of ANGELO, KILDAY & KILDUFF, defendants Nolan, Wright, Roche, Cole, Jackson, Laguna, Tower, Gunner, Weaver, Martin, Schirmer, Delgado and Baughman[1] by and through their attorney of record, John W. Riches, II, of the Attorney General's Office and

---

[1] The Attorney General's Office has declared a conflict as to defendant Baughman. A Substitution of Attorney was filed on May 29, 2008.

1  counsel for plaintiff, Jeff Price, hereby submit this Amended Stipulation and Proposed Order for
2  Modification of the Pretrial Scheduling Order [2].

3  On August 23, 2007, the Court issued a Scheduling Order in the above entitled matter.
4  (*See* Docket No. 66). On November 13, 2007, plaintiff, through his counsels Jeff Price and
5  Catherine Campbell and defendants Wright, Delgado, Runnels, Briddle, Baughman, Nolan,
6  Rohlfing, Evans, and Gillett filed a Stipulation For Modification of the Scheduling Order. (*See*
7  Docket No. 74). On November 21, 2007, the Court Ordered modification of the scheduling
8  order. (*See* Docket No. 75).

9  Thereafter, the Attorney General's Office declared a conflict with several of the
10 defendants. On February 25, 2008, a proposed substitution of attorney was filed on behalf of
11 defendants Rohlfing and Gillette and the Court ordered attorney Shanan Hewitt as counsel for
12 defendants Rohlfing and Gillette on March 6th and 17th of 2008. (*See* Docket Nos. 82-83, 86,
13 94).  On March 7, 2008, a proposed substitution of attorney was filed on behalf of defendant
14 Runnels and the Court ordered attorney Kathleen Williams as counsel on March 17, 2008. (*See*
15 Docket Nos. 87 and 93.)  On March 10, 2008, a proposed substitution of attorney was filed on
16 behalf of defendant Evans and the Court ordered attorney Kathleen Williams as counsel on
17 March 11, 2008.  (*See* Docket Nos. 88 and 89). And, on March 25, 2008, a proposed substitution
18 of attorney was filed on behalf of defendant Briddle and the Court ordered attorneys Van
19 Longyear and Jennifer Marquez as counsel for defendant Briddle on April 1, 2008. (*See* Docket
20 Nos. 95 and 96).

21 Also, the default judgment against defendant Voros (formerly "Knight") was not set aside
22 until May 2, 2008. (Docket No. 97)

23 Since April 1, 2008, plaintiff's counsel and defense counsel have re-scheduled plaintiff's
24 deposition several times and is currently in the process of being re-scheduled to a date in July.

---

[2]  Stipulation and Order for Modification of Pretrial Scheduling Order (Doc. 100) filed May 22, 2008.

Counsel for Plaintiff and counsel for Defendants have met and discussed the posture of the case, and counsel agree that there is good cause and that it would be in the interests of justice and judicial economy for a modification of the scheduling order.

IT IS HEREBY STIPULATED by and between the parties:

1. That the deadline for expert disclosure be extended to *March 0f 2009*:
2. Expert discovery to be completed (meaning all expert depositions taken and all law and motion concerning same heard) no later than *June of 2009*;
3. That the discovery cutoff be extended to *February of 2009*;
4. That the dispositive motion deadline be extended to *July of 2009*;
5. That the Pretrial Conference be held in *September of 2009*;
6. That the jury trial shall be set for *October 5, 2009*, at 9:00 a.m. in Courtroom 10 before Judge Garland E. Burrell, Jr.

Dated: June 4, 2008                     JEFF PRICE ATTORNEY AT LAW

                                        By: /s/ Jeff Price
                                            JEFF PRICE
                                            Attorney for Plaintiff

Dated: June 4, 2008                     LONGYEAR, O'DEA & LAVRA, LLP

                                        By:   /s/ Jennifer Marquez
                                              JENNIFER MARQUEZ
                                              Attorney for Defendant
                                              Jeff Briddle

| | | |
|---|---|---|
| Dated: June 4, 2008 | | MORENO & RIVERA, LLP |
| | By: | /s/ Shanan L. Hewitt |
| | | JESSE M. RIVERA |
| | | SHANAN L. HEWITT |
| | | Attorney for Defendants |
| | | Rohlfing and Gillett |
| Dated: June 4, 2008 | | WILLIAMS & ASSOCIATES |
| | By: | /s/ Kathleen J. Williams |
| | | KATHLEEN J. WILLIAMS |
| | | Attorney for Defendants |
| | | Runnels and Evans |
| Dated: June 4, 2008 | | CALIFORNIA DEPARTMENT OF JUSTICE ATTORNEY GENERAL'S OFFICE |
| | By: | /s/ John W. Riches |
| | | JOHN W. RICHES |
| | | Attorney for Defendants |
| | | Nolan, Wright, Roche, Cole, Jackson, Laguna, Tower, Gunner, Weaver, Martin, Schirmer, Delgado, K. Baughman |
| Dated: June 4, 2008 | | ANGELO, KILDAY & KILDUFF |
| | By: | /s/ Carrie A. Frederickson |
| | | CARRIE A. FREDERICKSON |
| | | Attorney for Defendant Knight |

**IT IS SO ORDERED,** with dates set as follows:

1. The deadline for expert disclosure is extended to *March 27, 2009*:
2. Expert discovery shall be completed (meaning all expert depositions taken and all law and motion concerning same heard) no later than *June 26, 2009*;
3. The discovery cutoff is extended to *February 27, 2009*;
4. The dispositive motion deadline is extended to *July 31, 2009*;
5. The Pretrial Conference shall be held on *September 14, 2009,* at 11:00 a.m. in Courtroom 10 before Judge Garland E. Burrell, Jr.;

6. The jury trial shall be set for *October 6, 2009*, at 9:00 a.m. in Courtroom 10 before Judge Garland E. Burrell, Jr.

Dated: June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510