IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

        Plaintiff,                  No. CIV S-03-1099 GEB KJM P

    vs.

DAVID RUNNELS, et al.

        Defendants.         ORDER

_____/

        Plaintiff has filed a motion asking that the court modify the scheduling order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for modification of the scheduling order (#116) is granted;

        2. The deadline for expert witness disclosure is extended to April 27, 2009;

        3. The discovery cutoff is extended to June 26, 2009;

        4. All other dates in the June 18, 2008 scheduling order remain unchanged;

        5. Plaintiff's motion "for order shortening time" (#115) is denied as unnecessary; and

/////

/////

/////

1

6. The hearing scheduled for December 17, 2008 before the undersigned is vacated.

DATED: December 15, 2008.

_____
U.S. MAGISTRATE JUDGE

---

1
magn1099.sch