IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

    Plaintiff,　　　　　　　　No. CIV S-03-1099 GEB KJM P

   vs.

DAVID RUNNELS, et al.,

    Defendant.　　　　　　　　ORDER

_____/

    On June 17, 2009, this matter came on for hearing on plaintiff's motion to continue trial and pretrial dates. Jeff Price appeared telephonically on behalf of plaintiff; Deputy District Attorney John Riches appeared on behalf of defendants Delgado, Nolan and Wright; Matthew Wilson appeared on behalf of defendants Runnels and Evans; Jennifer Marquez appeared on behalf of defendant Briddle; and Carrie Frederickson appeared on behalf of defendant Knight. No appearance was made for defendants Baughman, Rohlfing or Gillette. In light of the record before the court, the discussion occurring at the hearing and good cause appearing, THE COURT MADE THE FOLLOWING ORDERS and announced them in court:

/////

/////

/////

1

1. Plaintiff's motion to continue trial and pretrial dates is granted in part and denied in part as follows:

    A. Dispositive motions shall be filed by February 24, 2010;

    B. Pretrial conference is scheduled for March 15, 2010;

    C. Trial is scheduled for April 12, 2010; and

    B. Plaintiff's motion is denied in all other respects and all other deadlines remain in effect.

2. Deputy Attorney General Riches shall serve a copy of defendants' initial discovery disclosures on plaintiff by the close of business on this date; and

3. Plaintiff shall file any statement of non-opposition to the motion for summary judgment filed by defendants Delgado, Nolan and Wright by the close of business on Friday, June 19, 2009.

DATED: June 17, 2009.

_____
U.S. MAGISTRATE JUDGE

magn1099.oah