IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

    Plaintiff,               No. CIV S-03-1099 GEB KJM P

    vs.

DAVID RUNNELS, et al.,

    Defendant.             <u>ORDER</u>

        As indicated during the telephonic conference occurring on June 24, 2009, for good cause showing, the July 22, 2009 hearing scheduled by defendant Runnels and Evans for their June 19, 2009 motion to compel is vacated. The motion to compel is denied.

DATED: July 14, 2009.

_____
U.S. MAGISTRATE JUDGE

1
magn1099.mtc