IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

    Plaintiff,                    2:03-cv-1099-GEB-KJM-P

    vs.

DAVID RUNNELS, et al.,

    Defendants.             <u>ORDER</u>

                            /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 14, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2009, are adopted in full;

2. The motion for summary judgment filed by defendan Wright, Delgado and Nolan (#123) is granted;

3. Defendants Wright, Delgado and Nolan are granted summary judgment on all of plaintiff's claims against them arising under federal law;

4. The court declines to exercise jurisdiction over state claim Plaintiff may allege against Wright, Delgado and Nolan arising under 28 U.S.C. § 1367(c)(3); and

5. The aforementioned defendants are dismissed from this action.

Dated: September 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge