Jeff Price  SBN 165534
1335 4ᵀᴴ Street
Santa Monica, California 90401
Tᴇʟ. 310.776.8650
Fᴀx  310.728.1705
jeff.price@mac.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL P. MAGNAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID RUNNELS, et al.,<br><br>    Defendants. | **No. CIV S-03-1099-GEB-KJM-P**<br><br>ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT BRIDDLE |

The Court having been advised in the premises:

IT IS SO ORDERED:

The hearing on the motion for summary judgment filed by defendant Briddle is continued to March 31, 2010.

Dated: March 4, 2010.

_____
U.S. MAGISTRATE JUDGE

1