IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PAUL P. MAGNAN, | No. CIV S-03-1099-GEB-KJM-P |
|---|---|
| Plaintiff, | ORDER CONTINUING HEARING ON SUMMARY JUDGMENT MOTIONS |
| vs. | |
| DAVID RUNNELS, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING,

**IT IS SO ORDERED** that the hearings on all summary judgment motions are continued from March 31, 2010, to April 14, 2010, and that counsel for defendants Evans and Runnels shall have until April 12, 2010, to file replies to oppositions to the motions for summary judgment.

DATED: March 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1 -   ORDER MODIFYING SCHEDULING ORDER