IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

        Plaintiff,                  No. Civ S-03-1099 GEB KJM P

    vs.

DAVID RUNNELS, et al.,        ORDER CONTINUING HEARING ON

        Defendants.          SUMMARY JUDGMENT MOTIONS

_____/

        GOOD CAUSE APPEARING, **IT IS ORDERED** that the hearings on all pending summary judgment motions be continued from April 14, 2010, to April 21, 2010 (terminating docket no. 170).

DATED: April 7, 2010.

                                                       _____
                                                       U.S. MAGISTRATE JUDGE