Jeff Price  SBN 165534
1335 4TH Street
Santa Monica, California 90401
TEL. 310.776.8650
FAX 310.728.1705
jeff.price@mac.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PAUL P. MAGNAN, | **No. CIV S-03-1099-GEB-KJM-P** |
|---|---|
| Plaintiff, | ORDER ON UNOPPOSED EX PARTE APPLICATION FOR CONTINUANCE OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT |
| vs. | |
| DAVID RUNNELS, et al., | |
| Defendants. | |

The Court having been advised in the premises:

IT IS SO ORDERED:

The hearing on the pending motions for summary judgment is continued to May 12, 2010; no further continuances absent extraordinary circumstances.

DATED: April 15, 2010.

_____
U.S. MAGISTRATE JUDGE

1 - ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT BRIDDLE