MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants,
JEFFREY W. ROHLFING, M.D.
and D. GILLETT

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAGNAN,<br><br>    Plaintiff,<br><br>vs.<br><br>D.L. RUNNELS, et al.,<br><br>    Defendants. | CASE NO. CIV.S-03-1099 GEB KJM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41] AND ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41]** |

It is hereby stipulated, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the Plaintiff, PAUL MAGNAN, by and through his attorney, Jeff Price, and Defendants JEFFREY W. ROHLFING, M.D. and D. GILLETT by and through their attorney, Shanan L. Hewitt, that said Defendants are dismissed with prejudice from the above-captioned action forthwith with each party herein to bear his/its own attorneys fees and costs.

/ / /

/ / /

/ / /

Date:  April 8, 2010 /s/ Shanan L. Hewitt
SHANAN L. HEWITT
Attorney for Defendants
JEFFREY W. ROHLFING, M.D.
and D. GILLETT

Date: April 14, 2010 /s/ Jeff Price
JEFF PRICE
Attorney for Plaintiff
PAUL MAGNAN

**IT IS SO ORDERED**.

Date:  June 3, 2010.

_____
U.S. MAGISTRATE JUDGE