1  MARK H. HARRIS, CA State Bar No. 133578
   LAW OFFICES OF MARK H. HARRIS
2  2207 J Street
   Sacramento, California 95816
3  Telephone: (916) 442-6155
   Facsimile: (916) 444-5921
4
   Attorneys for Defendant
5  KATHY BAUGHMAN

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
   PAUL MAGNAN,                    )    No. 2:03-CV-01099-GEB-KJM P
12                                 )
            Plaintiff,              )
13                                 )    **STIPULATED DISMISSAL WITH**
                                   )    **PREJUDICE [FRCP 41] AND ORDER**
14                                 )
   DAVID L. RUNNELS, et al.         )
15                                 )
            Defendants.             )
16 _____ )

17      IT IS HEREBY STIPULATED by and between plaintiff PAUL MAGNAN, by and

18 through his attorney Jeff Price, and defendant KATHY BAUGHMAN, by and through her

19 attorney Mark H. Harris, that defendant KATHY BAUGHMAN be, and hereby is, dismissed

20 with prejudice from the above-captioned action, pursuant to Rule 41 of the Federal Rules of

21 Civil Procedure with each side to bear his/her/its own costs and attorney fees.

22 Dated: May 25, 2010                    /s/ Jeff Price
                                          JEFF PRICE
23                                        Attorney for Plaintiff PAUL MAGNAN

24 Dated: May 25, 2010                    LAW OFFICES OF MARK H. HARRIS

25

26                                        By:   /s/ Mark H. Harris
                                                MARK H. HARRIS
27                                              Attorneys for Defendant KATHY
                                                BAUGHMAN
28
                                          -1-

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

1  **IT IS SO ORDERED:**

2  Dated:  June 10, 2010.

_____
U.S. MAGISTRATE JUDGE