1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PAUL MAGNAN,

11              Plaintiff,                    No. CIV S-03-1099 GEB KJM P

12        vs.

13    DAVID RUNNELS, et al.,

14              Defendants.                   ORDER

15    _____/

16              On January 27, 2010, defendant Briddle filed a motion to seal exhibit "C" to the

17    declaration also filed by defendant Briddle on January 27, 2010.  Oral argument was held on

18    June 9, 2010 with respect to defendant Briddle's motion.  At the hearing, counsel for plaintiff

19    indicated that he does not object to defendant Briddle's motion.

20    /////

21    /////

22    /////

23    /////

24    /////

25    /////

26    /////

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  Defendant Briddle's motion to seal (#144) is granted; and

3          2.  Exhibit "C" to the declaration filed by defendant Briddle on January 27, 2010

4 shall be filed under seal.

5 DATED:  June 10, 2010.

6

7 _____
U.S. MAGISTRATE JUDGE

8 1
magn1099.mts