**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
DAVID RUNNELS and M.S. EVANS

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MAGNAN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. RUNNELS, et al. and<br>DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO: S 03-1099 GEB KJM P<br><br>**STIPULATION FOR DISMISSAL OF DAVID RUNNELS AND ORDER OF DISMISSAL** |

    Plaintiff PAUL MAGNAN and defendant DAVID RUNNELS, by and through their attorneys of record, stipulate to the dismissal of DAVID RUNNELS, with prejudice.

Dated: June 18, 2010    WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams*
    KATHLEEN J. WILLIAMS, CSB 127021
    Attorneys for defendants
    DAVID RUNNELS and M.S. EVANS

Dated: June 18, 2010    LAW OFFICES OF JEFFREY PRICE

By: */s/ Jeff Price*
    JEFFREY PRICE, CSB 165534
    Attorneys for plaintiff PAUL MAGNAN

**IT IS SO ORDERED**

Dated: June 23, 2010.

    _____
    U.S. MAGISTRATE JUDGE