IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MAGNAN,

    Plaintiff,                     No. CIV S-03-1099 GEB KJM P

    vs.

DAVID RUNNELS, et al.,

    Defendants.               ORDER

/

        Plaintiff, a former California prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 29, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  No party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 29, 2010, are adopted in full; and

2. Defendant Briddle's motion for summary judgment (Docket No. 145) is denied as to plaintiff's first cause of action and granted in all other respects.

3. Plaintiff shall file his pretrial statement within twenty-one days. Defendant Briddle shall file his pretrial statement within fourteen days of service of plaintiff's.

Dated: November 2, 2010

GARLAND E. BURRELL, JR.
United States District Judge