IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MAGNAN,                              No. CIV S-03-1099 GEB KJM P

      Plaintiff,

  vs.

DAVID RUNNELS, et al.,

      Defendants.                    <u>ORDER</u>

_____/

      Plaintiff is a former prisoner proceeding through counsel with an action under 42 U.S.C. §1983.  Pursuant to the request of the parties, and good cause appearing, a settlement conference will be scheduled.

      In accordance with the above,  IT IS HEREBY ORDERED that:

      1. This case is set for settlement conference on January 12, 2011, at 1:30 p.m. in Courtroom #26.

      2. Counsel for each party shall appear with full settlement authority.  If plaintiff is unable to attend in person due to hardship, he shall be available by telephone during the entire settlement conference.

/////

1

1   3.  The parties are to provide confidential settlement conference statements to
2   Sujean Park, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at
3   spark@caed.uscourts.gov, so they arrive no later than January 5, 2011.
4   4.  Pretrial statement due dates are vacated and will be reset (if necessary), after
5   the settlement conference.
6   DATED:  November 16, 2010.

_____
U.S. MAGISTRATE JUDGE

sp
magn1099.med

2