IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

        Plaintiff,                No. CIV S-03-1099 GEB JFM (TEMP) P

    vs.

DAVID RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

                                          /

        A motion to withdraw as counsel for defendant Voros[1] was filed by attorney Carrie Frederickson of Angelo, Kilday and Kilduff on November 15, 2010.  A hearing was held with respect to the motion on January 20, 2010 before the undersigned.  Defendant Voros did not appear at the hearing.

/////

/////

/////

/////

/////

/////

---

[1] Ms. Voros is identified on the docket as defendant "Knight." On February 8, 2008 the court was informed that Ms. Knight had changed her name to Voros after she was married.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Counsel for defendant Voros's motion to withdraw (#203) is granted:

2. Attorney Carrie Frederickson of Angelo, Kilday and Kilduff is relieved as counsel for defendant Tonya Voros.

3. Ms. Voros will proceed in this action pro se.

DATED: January 20, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

kc
magn1099.oah