IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Paul P. Magnan

   Plaintiff(s)

vs.

David Runnels et al.

   Defendants.

No. 03-CV-1099-GEB-JFM

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 6, 2008, by the Honorable Kimberly J. Mueller, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Dubbing the videorecording of the prison incident, which forms the basis for this action, from VCR format to DVD format.
This case is scheduled for a settlement conference on April 7, 2011. It would be useful to present the videorecording of the incident to the settlement officer. In the event that the case does not settle, the videorecording will be used in trial.
It will cost approximately $150 to dub the two VCR tapes onto a DVD.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 175.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 03-CV-1099-GEB-JFM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of March, 20 11, at Santa Monica, California.

_(signature)_

Attorney for Plaintiff(s)

The above expenditure is __√__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 4-4-11

_(signature)_
United States District Judge/Magistrate Judge