

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Paul P. Magnan,

        Plaintiff(s)

vs.

David Runnels et al.

        Defendants.

No. 03-CV-1099-GEB-JFM-P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 6, 2008, by the Honorable Kimberly J. Mueller, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

On April 7, 2011, I will be traveling to a settlement conference in this case in Sacramento, CA, and am asking for permission to incur the cost of a rental car, gasoline and subsistence. Because the conference begins at 1:30 PM, and total travel time is approximately 6 hours each way, I plan to rent a car on April 6 so that I may leave early on the morning of April 7. Also, I anticipate leaving Sacramento at around 5:00 PM following the conference, which means I will not be able to return the rental car until the following business day on April 8. I have calculated the cost of a rental car based on a two-day rental at approximately $55.99/day base rental, and additionally calculated the price of gasoline for a full size rental car averaging about 22 miles per gallon at $4.50/gallon for unleaded gasoline for the trip, which is approximately 780 miles roundtrip. Additionally, I request permission to incur $30 in costs for meals. Total costs should not exceed $320.00

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 320.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 03-CV-1099-GEB-JFM-P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1 day of April, 20 11, at Santa Monica, California.

Jeff Price
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 4-4-11

United States District Judge/Magistrate Judge