IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

    Plaintiff,   No. CIV S-03-1099 GEB JFM (TEMP) P

vs.

DAVID RUNNELS, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that plaintiff's pretrial statement shall be filed within fourteen days.  Defendants' pretrial statements shall be filed within fourteen days from service of plaintiff's.

DATED: April 19, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

kc
magn1099.pts