IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL P. MAGNAN,

      Plaintiff,                    No. CIV S-03-1099 GEB JFM (TEMP) P

  vs.

DAVID RUNNELS, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff and defendant Evans have informed the court that they have reached a settlement with respect to plaintiff's remaining claim against Evans. Good cause appearing, IT IS HEREBY ORDERED that:

      1. The stipulation to dismiss plaintiff's remaining claim against defendant Evans pursuant to Rule 41(a) of the Federal Rules of Civil Procedure shall be filed no later than September 2, 2011. Failure to comply with this order may result in sanctions.

/////

/////

/////

/////

/////

2. Plaintiff is relieved from filing a pretrial statement as it pertains to plaintiff's remaining claim against defendant Evans.

3. Defendant Evans is relieved from filing a pretrial statement.

DATED: May 25, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

kc
magn1099.set