**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
EVANS

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MAGNAN, | CASE NO: S 03-1099 GEB CKD P |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |
| v. | |
| DAVID L. RUNNELS, et al. and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff PAUL MAGNAN requests an order of dismissal with prejudice as to the entire action.  Defendants EVANS and BRIDDLE, by and through their attorneys of record, stipulate to the dismissal of this case, with prejudice.  The whereabouts of pro se defendant TONYA VOROS is unknown; hence, the order for a dismissal with prejudice of the entire action is being sought pursuant to Rule 41(a)(2).

Dated: September 28, 2011         WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams*
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendant EVANS

Dated: September 28, 2011         LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Jennifer Marquez (signed with permission)*
JENNIFER MARQUEZ, CSB 232194
Attorneys for defendant BRIDDLE

1  Dated:  September 28, 2011　　　　　　　　LAW OFFICES OF JEFFREY PRICE

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jeffrey Price (signed with permission)*
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY PRICE, CSB 165534
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for plaintiff PAUL MAGNAN

**IT IS SO ORDERED**

Dated: October 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*Magnan v. Runnels, et al.* [CIV-S-03-1099 GEB CKD P] Stipulation and Order of Dismissal　　　　Page 2