**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
EVANS

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAGNAN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. RUNNELS, et al. and<br>DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO: S 03-1099 GEB CKD P<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |

    Plaintiff PAUL MAGNAN requests an order of dismissal with prejudice as to the entire action.  Defendants EVANS and BRIDDLE, by and through their attorneys of record, stipulate to the dismissal of this case, with prejudice.  The whereabouts of pro se defendant TONYA VOROS is unknown; hence, the order for a dismissal with prejudice of the entire action is being sought pursuant to Rule 41(a)(2).

Dated: September 28, 2011        WILLIAMS & ASSOCIATES

                              By: */s/ Kathleen J. Williams*
                                  KATHLEEN J. WILLIAMS, CSB 127021
                                  Attorneys for defendant EVANS

Dated: September 28, 2011        LONGYEAR, O'DEA & LAVRA, LLP

                              By: */s/ Jennifer Marquez* (signed with permission)
                                  JENNIFER MARQUEZ, CSB 232194
                                  Attorneys for defendant BRIDDLE

Dated: September 28, 2011                    LAW OFFICES OF JEFFREY PRICE

By: /s/ Jeffrey Price (signed with permission)
JEFFREY PRICE, CSB 165534
Attorneys for plaintiff PAUL MAGNAN

**IT IS SO ORDERED**

Dated: October 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE